Clare L. Reading
2425 East Fox Street
Mesa, Arizona 85213

Plaintiff, in Pro Se

**RECEIVED**

NOV **2 7** 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Clare L. Reading and James L. Reading, ) | |
| ) | |
| Plaintiffs, ) | Case No. 06-CV-01873 RMU |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES *aka*, UNITED STATES ) | **PROOF OF SERVICE** |
| OF AMERICA, a Federal Corporation, ANN ) | |
| TAYLOR, PAUL CHASE, CINDY MASON ) | Fed.R.Civ.P. Rule 4(i) |
| and BOB CAREY ) | |
| ) | |
| Defendants. ) | |

I, Clare L. Reading, certify that on <u>November 7, 2006</u> I effected service on the UNITED

STATES OF AMERICA, pursuant to Fed.R.Civ.P. Rule 4(i), by mailing a copy of the issued

Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial

Electronic Case Filing Order, ECF Attorney/Participant Registration Form, and Complaint by

Certified Mail, postage fully prepaid, addressed as follows:

> **United States of America**
> c/o U.S. Attorney's Office
> **Attn:  Civil Process Clerk**
> 555 4th Street, NW
> Washington D.C. 20530
>
> Certified Mail No. <u>7005 1160 0001 9174 5997</u>

The Summons and Complaint were delivered on November 13, 2006 (see **Exhibit A** for

USPS Track & Confirm for proof of delivery).

Additionally, on <u>November 7, 2006</u>, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form, and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

> UNITED STATES OF AMERICA
> **c/o U.S. Attorney General**
> U. S. Department of Justice
> 950 Pennsylvania Ave NW
> Washington D.C. 20530-0001
> Certified Mail No. <u>7005 1160 0001 9174 6000</u>

The Summons and Complaint were delivered on November 13, 2006 (see **Exhibit B** for USPS Track & Confirm for proof of delivery).

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct.

Dated this _21st_ day of _November, 2006.

<i>Clare Louise Reading</i>
Clare L. Reading

ATTACHMENTS

**Exhibit A**: USPS Track & Confirm delivery to U.S. Attorney, Attn: Civil Process Clerk
**Exhibit B**: USPS Track & Confirm delivery to U.S. Attorney General


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 1160 0001 9174 5997
Detailed Results:

- **Delivered, November 13, 2006, 5:06 am, WASHINGTON, DC 20530**
- **Notice Left, November 12, 2006, 8:01 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 12, 2006, 3:18 am, WASHINGTON, DC 20022**
- **Acceptance, November 07, 2006, 2:43 pm, MESA, AZ 85201**

( < Back )          ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )



**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|-----|
| A | 1 | 1 |



**UNITED STATES POSTAL SERVICE®**

Track & Confirm        FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 1160 0001 9174 6000
Detailed Results:

- **Delivered, November 13, 2006, 5:06 am, WASHINGTON, DC 20530**
- **Notice Left, November 12, 2006, 8:01 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 12, 2006, 3:18 am, WASHINGTON, DC 20022**
- **Acceptance, November 07, 2006, 2:44 pm, MESA, AZ 85201**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )



**POSTAL INSPECTORS**     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust       Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

EXHIBIT | PAGE | of
B | 1 | 1

Clare L. Reading
2425 East Fox Street
Mesa, Arizona 85213

Plaintiff, in pro se

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Clare L. Reading and James L. Reading, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 06-CV-01873 RMU |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES *aka*, UNITED STATES | ) | **PROOF OF SERVICE** |
| OF AMERICA, a Federal Corporation, ANN | ) | |
| TAYLOR, PAUL CHASE, CINDY MASON | ) | Fed.R.Civ.P. Rule 4(i)(2)(A) |
| and BOB CAREY | ) | |
| | ) | |
| Defendants. | ) | |

I, Clare L. Reading, certify that on <u>November 7, 2006</u>, effected service on ANN

TAYLOR, in her official capacity, pursuant to Fed.R.Civ.P. Rule 4(i)(2)(A) by mailing a copy of

the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge,

Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form, and Complaint

by Certified Mail, postage fully prepaid, addressed as follows:

> ANN TAYLOR
> c/o U.S. Attorney's Office
> **Attn: Civil Process Clerk**
> 555 4th Street, NW
> Washington D.C. 20530
> Certified Mail No. <u>7005 1160 0001 9174 6017</u>

The Summons and Complaint were delivered on <u>November 13, 2006</u> (see **Exhibit A** for

USPS Track & Confirm for proof of delivery).

Additionally, on November 7, 2006, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

> ANN TAYLOR
> **c/o U.S. Attorney General**
> U. S. Department of Justice
> 950 Pennsylvania Ave NW
> Washington D.C. 20530-0001
> Certified Mail No. <u>7005 1160 0001 9174 6031</u>
>
> **ANN TAYLOR**
> 300 W. Congress St.
> MS 5126, Tucson, Arizona 85701
> Certified Mail No. <u>7005 1160 0001 9174 6024</u>

The Summons and Complaint were delivered on November 13, 2006 to the US Attorney General, and delivered to ANN TAYLOR on November 10, 2006 (see **Exhibit B** for USPS Track & Confirm for proofs of deliveries).

Additionally, on November 13, 2006, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

> **Ann Taylor, Revenue Offic**er – SBSE
> Internal Revenue Service
> EIN / Badge # 86-17536
> 300 W. Congress
> STOP: 5216TUC
> Tucson, AZ  85701
> Certified Mail No. <u>7006 0100 0002 2115 8537</u>

The Summons and Complaint were delivered on November 14, 2006 (see **Exhibit C** for USPS Track & Confirm for proof of delivery).

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct.

Dated this _21st_ day of _November, 2006.

_Clare Louise Reading_
Clare L. Reading

ATTACHMENTS

**Exhibit A**:  USPS Track & Confirm delivery to U.S. Attorney, Attn:  Civil Process Clerk
**Exhibit B**:  USPS Track & Confirm delivery to U.S. Attorney General and Ann Taylor
**Exhibit C**:  USPS Track & Confirm delivery to Ann Taylor



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0001 9174 6017**
Detailed Results:

- **Delivered, November 13, 2006, 5:06 am, WASHINGTON, DC 20530**
- **Notice Left, November 12, 2006, 8:01 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 12, 2006, 3:18 am, WASHINGTON, DC 20022**
- **Acceptance, November 07, 2006, 2:43 pm, MESA, AZ 85201**

( < Back )      ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )



**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|-----|
| *A* | *1* | *1* |

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1160 0001 9174 6031
Detailed Results:

- **Moved, Left no Address, November 16, 2006, 8:09 am, WASHINGTON, DC**
- **Delivered, November 13, 2006, 5:06 am, WASHINGTON, DC 20530**
- **Notice Left, November 12, 2006, 8:01 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 12, 2006, 3:17 am, WASHINGTON, DC 20022**
- **Acceptance, November 07, 2006, 2:42 pm, MESA, AZ 85201**

( < Back )                    ( Return to USPS.com Home > )

| **Track & Confirm** |
| Enter Label/Receipt Number. |
| ( Go > ) |

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust       Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|-----|
| **B** | **1** | **2** |


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1160 0001 9174 6024
Detailed Results:

- **Delivered, November 10, 2006, 2:35 pm, MESA, AZ 85213**
- **Undeliverable as Addressed, November 08, 2006, 9:37 am, TUCSON, AZ 85701**
- **Acceptance, November 07, 2006, 2:43 pm, MESA, AZ 85201**

( < Back )                          ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )



**POSTAL INSPECTORS**     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

EXHIBIT | PAGE |
*B* | *2* | *2*



**UNITED STATES POSTAL SERVICE**

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 0100 0002 2115 8537
Detailed Results:

- **Delivered, November 14, 2006, 11:32 am, TUCSON, AZ 85701**
- **Acceptance, November 13, 2006, 8:54 am, MESA, AZ 85213**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    ( Go > )

**POSTAL INSPECTORS**   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



| EXHIBIT | PAGE | of |
|---------|------|-----|
| C | 1 | 1 |

Clare L. Reading
2425 East Fox Street
Mesa, Arizona 85213

Plaintiff, in pro se

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Clare L. Reading and James L. Reading, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 06-CV-01873 RMU |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES *aka*, UNITED STATES | ) | **PROOF OF SERVICE** |
| OF AMERICA, a Federal Corporation, ANN | ) | |
| TAYLOR, PAUL CHASE, CINDY MASON | ) | Fed.R.Civ.P. Rule 4(i)(2)(A) |
| and BOB CAREY | ) | |
| | ) | |
| Defendants. | ) | |

I, Clare L. Reading, certify that on <u>November 7, 2006</u>, effected service on PAUL

CHASE, in his official capacity, pursuant to Fed.R.Civ.P. Rule 4(i)(2)(A) by mailing a copy of

the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge,

Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form, and Complaint

by Certified Mail, postage fully prepaid, addressed as follows:

> **PAUL CHASE**
> c/o U.S. Attorney's Office
> **Attn:  Civil Process Clerk**
> 555 4th Street, NW
> Washington D.C. 20530
> Certified Mail No. <u>7005 1160 0001 9174 6048</u>

The Summons and Complaint were delivered on <u>November 13, 2006</u> (see **Exhibit A** for

USPS Track & Confirm for proof of delivery).

Additionally, on November 9, 2006, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

**PAUL CHASE**
**c/o U.S. Attorney General**
U. S. Department of Justice
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. <u>7005 1160 0001 9174 6055</u>

**PAUL CHASE**
40 W. Baseline Road, Suite 211
Tempe, Arizona 85283
Certified Mail No. <u>7005 1160 0001 9174 6062</u>

The Summons and Complaint were delivered to the U.S. Attorney General on November 13, 2006 and delivered to PAUL CHASE on November 8, 2006 (see **Exhibit B** for USPS Track & Confirm for proof of delivery).

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct.

Dated this 21ˢᵗ day of _November, 2006.

*Clare Louise Reading*
Clare L. Reading

ATTACHMENTS

**Exhibit A**: USPS Track & Confirm delivery to U.S. Attorney, Attn: Civil Process Clerk
**Exhibit B**: USPS Track & Confirm delivery to U.S. Attorney General and Paul Chase

2

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1160 0001 9174 6048
Detailed Results:

- **Delivered, November 13, 2006, 5:06 am, WASHINGTON, DC 20530**
- **Notice Left, November 12, 2006, 8:01 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 12, 2006, 3:17 am, WASHINGTON, DC 20022**
- **Acceptance, November 07, 2006, 2:42 pm, MESA, AZ 85201**

( < *Back* )          ( *Return to USPS.com Home* > )

**Track & Confirm**

Enter Label/Receipt Number.

( *Go* > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( *Go* > )



POSTAL INSPECTORS        site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|----|
| A | 1 | 1 |



**UNITED STATES**
**POSTAL SERVICE®**

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0001 9174 6055**
Detailed Results:

- **Delivered, November 13, 2006, 5:06 am, WASHINGTON, DC 20530**
- **Notice Left, November 12, 2006, 8:01 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 12, 2006, 3:17 am, WASHINGTON, DC 20022**
- **Acceptance, November 07, 2006, 2:41 pm, MESA, AZ 85201**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )



**POSTAL INSPECTORS**    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

EXHIBIT | PAGE
B | 1 | 2

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0001 9174 6062**
Detailed Results:

- **Delivered, November 08, 2006, 12:11 pm, TEMPE, AZ 85283**
- **Acceptance, November 07, 2006, 2:36 pm, MESA, AZ 85201**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

 **POSTAL INSPECTORS**
Preserving the Trust

**site map   contact us   government services   jobs   National & Premier Accounts**

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|-----|
| *B* | *2* | *2* |

Clare L. Reading
2425 East Fox Street
Mesa, Arizona 85213

Plaintiff, in pro se

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Clare L. Reading and James L. Reading, ) | |
| ) | |
| Plaintiffs, ) | Case No. 06-CV-01873 RMU |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES *aka*, UNITED STATES ) | **PROOF OF SERVICE** |
| OF AMERICA, a Federal Corporation, ANN ) | |
| TAYLOR, PAUL CHASE, CINDY MASON ) | Fed.R.Civ.P. Rule 4(i)(2)(A) |
| and BOB CAREY ) | |
| ) | |
| Defendants. ) | |

I, Clare L. Reading, certify that on <u>November 7, 2006</u>, effected service on BOB CAREY,

in his official capacity, pursuant to Fed.R.Civ.P. Rule 4(i)(2)(A) by mailing a copy of the issued

Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial

Electronic Case Filing Order, ECF Attorney/Participant Registration Form, and Complaint by

Certified Mail, postage fully prepaid, addressed as follows:

> BOB CAREY
> c/o U.S. Attorney's Office
> **Attn: Civil Process Clerk**
> 555 4th Street, NW
> Washington D.C. 20530
> Certified Mail No. <u>7006 0100 0002 2114 1034</u>

The Summons and Complaint were delivered on <u>November 13, 2006</u> (see **Exhibit A** for

USPS Track & Confirm for proof of delivery).

Additionally, on November 7, 2006, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

> BOB CAREY
> **c/o U.S. Attorney General**
> U. S. Department of Justice
> 950 Pennsylvania Ave NW
> Washington D.C. 20530-0001
> Certified Mail No. <u>7006 0100 0002 2115 8506</u>

> BOB CAREY
> 40 W. Baseline Road, Suite 211
> Tempe, Arizona 85283
> Certified Mail No. <u>7006 0100 0002 2114 1041</u>

The Summons and Complaint were delivered to the U.S. Attorney General on and November 13, 2006 and to BOB CAREY on November 8, 2006 (see **Exhibit B** for USPS Track & Confirm for proofs of deliveries).

Additionally, on November 7, 2006, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

> <u>BOB CAREY</u>
> Internal Revenue Service
> 210 N. 1950 West
> Salt Lake City, UT 84134
> Certified Mail No. <u>7006 0100 0002 2115 8513</u>

The Summons and Complaint were delivered on November 9, 2006 (see **Exhibit B 3 of 3** for USPS Track & Confirm for proofs of deliveries).

I declare under penalty of perjury under the laws of the United States of America that the

foregoing information contained in this Proof of Service is true and correct.

Dated this _21st_ day of _November, 2006.

_Clare Louise Reading_
Clare L. Reading


ATTACHMENTS

**Exhibit A**: USPS Track & Confirm delivery to U.S. Attorney, Attn: Civil Process Clerk
**Exhibit B**: USPS Track & Confirm delivery to U.S. Attorney General and Bob Carey


**UNITED STATES**
**POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 0100 0002 2114 1034
Detailed Results:

- **Delivered, November 13, 2006, 5:06 am, WASHINGTON, DC 20530**
- **Notice Left, November 12, 2006, 8:01 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 12, 2006, 3:18 am, WASHINGTON, DC 20022**
- **Acceptance, November 07, 2006, 2:39 pm, MESA, AZ 85201**

`< Back`                    `Return to USPS.com Home >`

**Track & Confirm**

Enter Label/Receipt Number.

`Go >`

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  `Go >`



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|-----|
| A | 1 | 1 |



*UNITED STATES*
*POSTAL SERVICE*®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 0100 0002 2115 8506
Detailed Results:

- **Delivered, November 13, 2006, 5:06 am, WASHINGTON, DC 20530**
- **Notice Left, November 12, 2006, 8:01 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 12, 2006, 3:18 am, WASHINGTON, DC 20022**
- **Acceptance, November 07, 2006, 2:38 pm, MESA, AZ 85201**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )



**POSTAL INSPECTORS**   site map   contact us   government services   jobs   **National & Premier Accounts**
**Preserving the Trust**        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|-----|
| B | 1 | 3 |



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm  FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0002 2114 1041**
Detailed Results:

- **Delivered, November 08, 2006, 12:11 pm, TEMPE, AZ 85283**
- **Acceptance, November 07, 2006, 2:39 pm, MESA, AZ 85201**

( < Back )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )



**POSTAL INSPECTORS**
Preserving the Trust

site map contact us government services jobs **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|----|
| B | 2 | 3 |

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 0100 0002 2115 8513
Detailed Results:

- **Delivered, November 09, 2006, 10:05 am, SALT LAKE CITY, UT 84134**
- **Arrival at Unit, November 09, 2006, 6:41 am, SALT LAKE CITY, UT 84199**
- **Acceptance, November 07, 2006, 2:37 pm, MESA, AZ 85201**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|----|
| B | 3 | 3 |

Clare L. Reading
2425 East Fox Street
Mesa, Arizona 85213

Plaintiff, in pro se

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Clare L. Reading and James L. Reading, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 06-CV-01873 RMU |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES *aka*, UNITED STATES | ) | **PROOF OF SERVICE** |
| OF AMERICA, a Federal Corporation, ANN | ) | |
| TAYLOR, PAUL CHASE, CINDY MASON | ) | Fed.R.Civ.P. Rule 4(i)(2)(A) |
| and BOB CAREY | ) | |
| | ) | |
| Defendants. | ) | |

I, Clare L. Reading, certify that on <u>November 7, 2006</u>, effected service on CINDY

MASON, in her official capacity, pursuant to Fed.R.Civ.P. Rule 4(i)(2)(A) by mailing a copy of

the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge,

Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form, and Complaint

by Certified Mail, postage fully prepaid, addressed as follows:

> **CINDY MASON**
> c/o U.S. Attorney's Office
> **Attn:  Civil Process Clerk**
> 555 4th Street, NW
> Washington D.C. 20530
> Certified Mail No. <u>7006 0100 0002 2114 1003</u>

The Summons and Complaint were delivered on <u>November 13, 2006</u> (see **Exhibit A** for

USPS Track & Confirm for proof of delivery).

Additionally, on November 7, 2006, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

CINDY MASON
**c/o U.S. Attorney General**
U. S. Department of Justice
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. <u>7006 0100 0002 2114 1010</u>

CINDY MASON
40 W. baseline Road, Suite 211
Tempe, Arizona 85283
Certified Mail No. <u>7006 0100 0002 2114 1027</u>

The Summons and Complaint were delivered on November 13, 2006 to the US Attorney General, and delivered to CINDY MASON on November 8, 2006 (see **Exhibit B** for USPS Track & Confirm for proofs of deliveries).

Additionally, on November 7, 2006, I sent a copy of the issued Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, ECF Attorney/Participant Registration Form and Complaint by Certified Mail, postage fully prepaid, addressed to the following:

**CINDY MASON**
Internal Revenue Service
210 North. 1950 West
Salt Lake City, UT 84134
Certified Mail No. <u>7006 0100 0002 2115 8520</u>

The Summons and Complaint were delivered on November 9, 2006 (see **Exhibit C** for USPS Track & Confirm for proofs of deliveries).

I declare under penalty of perjury under the laws of the United States of America that the

foregoing information contained in this Proof of Service is true and correct.

Dated this *21/25* day of November, 2006.

*Clare Louise Reading*

Clare L. Reading

ATTACHMENTS

**Exhibit A**:  USPS Track & Confirm delivery to U.S. Attorney, Attn:  Civil Process Clerk
**Exhibit B**:  USPS Track & Confirm delivery to U.S. Attorney General and CINDY MASON
**Exhibit C**:  USPS Track & Confirm delivery to CINDY MASON

3



**UNITED STATES**
**POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 0100 0002 2114 1003
Detailed Results:

- **Delivered, November 13, 2006, 5:06 am, WASHINGTON, DC 20530**
- **Notice Left, November 12, 2006, 8:01 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 12, 2006, 3:17 am, WASHINGTON, DC 20022**
- **Acceptance, November 07, 2006, 2:41 pm, MESA, AZ 85201**

( < Back )                 ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---



**POSTAL INSPECTORS**   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | OF |
|---------|------|-----|
| A | 1 | 1 |

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 0100 0002 2114 1010
Detailed Results:

- **Moved, Left no Address, November 16, 2006, 8:09 am, WASHINGTON, DC**
- **Delivered, November 13, 2006, 5:06 am, WASHINGTON, DC 20530**
- **Notice Left, November 12, 2006, 8:01 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 12, 2006, 3:18 am, WASHINGTON, DC 20022**
- **Acceptance, November 07, 2006, 2:40 pm, MESA, AZ 85201**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )



**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | of |
|---------|------|-----|
| B | 1 | 2 |


**UNITED STATES
POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 0100 0002 2114 1027
Detailed Results:

- **Delivered, November 08, 2006, 12:11 pm, TEMPE, AZ 85283**
- Acceptance, November 07, 2006, 2:40 pm, MESA, AZ 85201

Track & Confirm

Enter Label/Receipt Number.

( < Back )                    ( Return to USPS.com Home > )                    ( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

**POSTAL INSPECTORS**   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

EXHIBIT | PAGE
*B* | *2* | *2*

11/16/2006 2:45 PM

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0002 2115 8520**
Detailed Results:

- **Delivered, November 09, 2006, 10:05 am, SALT LAKE CITY, UT 84134**
- **Arrival at Unit, November 09, 2006, 5:41 am, SALT LAKE CITY, UT 84199**
- **Acceptance, November 07, 2006, 2:37 pm, MESA, AZ 85201**

( < Back )            ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    ( Go > )



---

**POSTAL INSPECTORS**
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| EXHIBIT | PAGE | |
|---------|------|--|
| C | 1 | 1 |