James and Clare Reading
2425 East Fox Street
Mesa, Arizona [85213]
(480) 964-0199

Plaintiffs, in *pro se*

RECEIVED
JAN 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Clare L. Reading and James L. Reading, ) | Case No. 06cv01873-RMU |
| Plaintiffs, ) | |
| vs. ) | **NOTICE OF RECORDING LIS PENDENS** |
| UNITED STATES *aka*, UNITED STATES ) OF AMERICA, a Federal Corporation, ANN ) TAYLOR, PAUL CHASE, CINDY MASON ) and BOB CAREY ) | |
| Defendants. ) | |

PLEASE TAKE NOTICE:

Plaintiffs Clare L. Reading and James L. Reading recorded a Lis Pendens regarding the above referenced matter on November 11, 2006, which is attached hereto and incorporated herein by reference.

On this 26th day of January 2007

_____
Clare L. Reading, Plaintiff

_____
James L. Reading, Plaintiff



Prepared by:
Clare L. Reading

Recording Requested by:
Clare L. and James L. Reading

When Recorded Mail to:

Clare L. and James L. Reading
c/o 2425 E. Fox Street
Mesa, Arizona [852133]



**OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
LAURA DEAN-LYTLE**

DATE/TIME: 11/07/06 1543
FEE:              $13.00
PAGES:                 3
FEE NUMBER:  2006-155245

**NOTICE OF LIS PENDENS**

**TO WHOM IT MAY CONCERN:**

**PLEASE TAKE NOTICE:**

1.      The white 2005 Nissan Titan, SE, 4X4, ¾ ton pick-up truck with shell, License No. CD19432, VIN: 1N6AA06B75N511819 is the subject of a lawsuit that was filed on November 1, 2006, in the United States District Court, District of Columbia, Case No. 1:06-CV-01873 "RMU," in re Clare L. Reading James L. Reading v. UNITED STATES *aka*, UNITED STATES OF AMERICA, a Federal Corporation, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY and assigned to the Honorable Judge Ricardo Urbina for determination.

2.      Said lawsuit was filed under 28 USC § 2410, for unlawful seizure of Personal Property violating the Fourth Amendment, both the Just Compensation and Due Process Clauses of the Fifth Amendment and for Quiet Title. Said suit raises multiple issues that effect UNITED STATES OF AMERICA and all Defendant(s) therein.

3.      The illegal sale of said white 2005 Nissan Titan, SE, 4X4, ¾ ton pick-up truck with shell, License No. CD19432, VIN: 1N6AA06B75N511819 is scheduled on Thursday,

November 9, 2006, at a Public Auction at 2 p.m. at the Internal Revenue Service, 210 E Earll Drive, Phoenix, Arizona.

  4. PLEASE TAKE NOTICE that anyone who purchases this white 2005 Nissan Titan, SE, 4X4, ¾ ton pick-up truck with shell, VIN: 1N6AA06B75N511819, License No. CD19432, will be enjoined in this suit as a party until the issues raised in said suit have been determined and litigated.

  5. The first page of said complaint is attached and identified in the above styled causes of action and is in fact the *res* of the pleading attached so that there can be no mistake regarding what property is in question and whether that property is subject to the outcome of the attached pleadings.

  I/We declare under penalty of perjury under the laws of the United States of America and of the state of Arizona that the foregoing is true and correct and that this document was executed this 7th day of November 2006, at Mesa, Arizona.

           _____
           Clare L. Reading, Affiant

           _____
           James L. Reading, Affiant

State of Arizona    )
           ) Subscribed and Sworn
County of Maricopa  )

  On this 7 day of November, 2006, **Clare L. Reading and James L. Reading** appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to within this instrument.

    Witness my hand and official seal

           _____
           Signature of Notary Public

         My Commission Expires: June 17, 2007

OFFICIAL SEAL
MARTHA A. ACIERTO
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Commission Expires June 17, 2007

```
CASE NUMBER 1:06CV01873
JUDGE: Ricardo M. Urbina
DECK TYPE: Pro se General Civil
DATE STAMP: 11/  /2006
```

**FILED**

NOV - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Clare L. Reading and James L. Reading, 2925 S. 67 STREET MESA, ARIZONA 85213 Plaintiffs, <br><br> vs. <br><br> UNITED STATES *aka*, UNITED STATES OF AMERICA, a Federal Corporation, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY <br><br> Defendants. | Case No. <br><br> **VERIFIED COMPLAINT** <br><br> QUIET TITLE ACTION STEMMING FROM VIOLATIONS OF THE FIRST, FOURTH, FIFTH, SIXTH, NINTH, THIRTEENTH FOURTEENTH AND SIXTEENTH AMENDMENTS TO THE CONSTITUTION |

COMES NOW Clare L. Reading and James L. Reading Plaintiffs, proceeding on their own behalf and with the assistance of Law, bringing this action alleging violations of federal rights due State Citizens (sentient beings) by federal officer(s) acting under color of federal law. Liken to President George W. Bush, the Defendants deprived Plaintiffs of rights, privileges and immunities secured under the Constitution for the United States of America, including but not limited to Amendments One, Four, Five, Six, Nine, Thirteen, Fourteen and Sixteen thereof. The following issues give rise to the Plaintiffs' complaint as proper before this Court in seeking such relief as commanded upon the exhaustion of the administrative remedies, and are not extraordinary. Plaintiffs are seeking actual and compensatory damages for the injuries to person and personal Labor Property caused by the Defendants for their reckless and willful acts.

COMPLAINT FOR QUIET TITLE          - 1 -          Clare L. Reading and James L. Reading, Plaintiffs



**PINAL COUNTY RECORDER**
**LAURA DEAN-LYTLE**
**31 N PINAL ST - BLDG E**
**PO BOX 848**
**FLORENCE AZ 85232**
**520-866-6830   FAX: 520-866-6831**

STATE OF ARIZONA)
                 )SS
COUNTY OF PINAL  )

I hereby certify that this is a true copy of the official records on file in the office of the Recorder of Pinal County located in

DKT/PG or Fee No: _____2006-155245_____

Pages: ___1___ thru ___3___ of ___3___

Date: _November 7, 2006_

Witness my hand and official seal:

**Laura Dean-Lytle,**
**Recorder of Pinal County**

BY: _____
        Deputy Recorder

DO NOT REMOVE FROM DOCUMENT; THIS IS NOW PART OF THE DOCUMENT.

I:\WINWORD\RECORDER\RECP&P\Certified copy stampFORMRE10.doc

## CERTIFICATE OF SERVICE

I, Clare L. Reading, certify that on this 26th day of January 2007, I mailed a true copy of the above Notice of Recording Lis Pendens with Exhibit by certified mail addressed to the following:

Jeffrey A. Taylor, U.S. Attorney
U.S. Attorney's Office
555 4th Street, NW
Washington D.C. 20530
Certified Mail No.    7006 0100 0004 3955 9607

Ann Taylor EIN: 86-17536
IRS, SB/SE
300 W. Congress
STOP: 5216TUC
Tucson, AZ 85701
Certified Mail No.    7006 0100 0004 3955 9591

Paul Chase
Internal Revenue Service
40 W. Baseline Road, Suite 211
Tempe, Arizona 85283
Certified Mail No.    7006 0100 0004 3955 9584

Cindy Mason
Internal Revenue Service
210 N. 1950 West
Salt Lake City, UT 84134
Certified Mail No.    7006 0100 0004 3955 9577

Bob Carey, Territory Manager
Internal Revenue Service
210 N. 1950 West
Salt Lake City, UT 84134
Certified Mail No.    7006 0100 0004 3955 9560

On this 26th day of January 2007

*Clare Louise Reading*
Clare L. Reading, Affiant