**RECEIVED**

FEB 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

James L. Reading and Clare L. Reading
c/o 2425 East Fox Street
Mesa, Arizona [85213]
(480) 964-0199

Plaintiffs, in Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Clare L. Reading and James L. Reading, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES a.k.a. UNITED STATES ) <br> OF AMERICA, a Federal Corporation, ANN ) <br> TAYLOR, PAUL CHASE, CINDY MASON ) <br> and BOB CAREY, ) <br> ) <br> Defendants. ) | Case No. 06-cv-01873-RMU <br><br> **NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT** |

**TO:** UNITED STATES OF AMERICA, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY

**YOU ARE HEREBY NOTICED** pursuant to Fed.R.Civ.P. § 55(a) that you have failed to respond in the above-stated matter and are now in default.

Plaintiffs Clare L. Reading and James L. Reading are hereby moving this Court to enter a default judgment against all named Defendants. This request is based on this notice, motion and affidavit in support, the court records, and federal statutes.

## Brief in Support

On November 1, 2006, Plaintiffs Clare L. Reading and James L. Reading filed a Verified Complaint in this Court and Summonses were issued to UNITED STATES, ANN TAYLOR, PAUL CHASE, CINDY MASON, BOB CAREY and U.S. Attorney General (see Docket Entry for November 1, 2006).

Said Verified Complaint contains twenty-two (22) causes of action and requesting, among other things, the return of Plaintiffs' 2005 Nissan Titan Pick-up with shell top, VIN: 1N6AA06B75N511819. The complaint is supported by an Affidavit with Exhibits A though E consisting of 40 pages in evidence thereof which was served and filed on December 15, 2006.

On or about November 13, 2006, Plaintiffs served all Defendants named herein with a copy of the Summons and Verified Complaint by Certified Mail, pursuant to Fed.R.Civ.P. Rule 4(i)(1) and 2(A).

Accordingly, the above Defendants were to respond to the Summons and Verified Complaint on or before January 12, 2007. Defendants, including the U.S. Attorney JEFFREY A. TAYLOR, have failed to plead, defend or appear in any manner.

### The Law Of The Case

**Fed.R.Civ.P. Rule 12 (3)(A)** states in pertinent part:

> "The United States, an agency of the United States, or an officer or employee of the United States sued in an official capacity, shall serve an answer to the complaint or cross-claim – or a reply to a counterclaim – within 60 days after the United States attorney is served with the pleading asserting the claim."

accordingly, Defendants, and each one of them, are required to answer the complaint within 60 days from being served with the pleading.

**Fed.R.Civ.P. Rule 55(a)** states:
> "(a) Entry.
> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

The Court stated in U.S. v. $23,000 in U.S. Currency:

> "Under Rule 55(a), an entry of default may be made when a defendant has "failed to plead or otherwise defend" against a claim for affirmative relief. Thus, even if the defendant has filed an answer or pleaded in response to the claim, the defendant may nevertheless be determined to be in default if the defendant fails

to otherwise defend the claim." See *United States v. $23,000 in U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004).

Defendants' answers were due on or before January 12, 2007. Defendants UNITED STATES OF AMERICA, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY have failed to plead or defend in any manner and are in default.

### Conclusion And Remedy Sought

The Clerk's entry of default against Defendants is proper in this action for good cause as follows:

a. Pursuant to Fed.R.Civ.P. Rule 55 (e) Judgment Against the United States, the complaint does establish claims and rights to relief by evidence satisfactory to the court; and

b. The Defendants have failed to plead or defend against the Verified Complaint in any manner and the summonses were properly served pursuant to Fed.R.Civ.P. Rules 4(i)(1) and (2)(A).

The Clerk's entry of default against Defendants is proper in this action because Defendants have failed to respond to the summons and verified complaint served on them on or about November 13, 2006; and the complaint establishes claims and rights to relief by evidence satisfactory to the Court.

WHEREFORE, Plaintiffs Clare L. Reading and James L. Reading move the Court to enter a default judgment against all named Defendants UNITED STATES OF AMERICA, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY.

Respectfully submitted.

## VERIFICATION

I/we, Clare L. Reading and James L. Reading, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

On this 7th day of February 2007

_____
Clare L. Reading, Plaintiff

_____
James L. Reading, Plaintiff

## CERTIFICATE OF SERVICE

I, Clare L. Reading, certify that on this ____ day of February 2007, I mailed a true copy of the Notice of Motion and Motion to Enter Default and Affidavit in Support by certified mail addressed to the following:

Jeffrey A. Taylor, U.S. Attorney
U.S. Attorney's Office
555 4th Street, NW
Washington D.C. 20530
Certified Mail No. _____7006 0100 0004 3955 9553_____

Ann Taylor EIN: 86-17536
IRS, SB/SE
300 W. Congress
STOP: 5216TUC
Tucson, AZ 85701
Certified Mail No. _____7006 0100 0004 3955 9539_____

Paul Chase
Internal Revenue Service
40 W. Baseline Road, Suite 211
Tempe, AZ 85283
Certified Mail No. _____7006 0100 0004 3955 9546_____

Notice and Motion for Entry of Default    - 4 -    Clare L. Reading and James L. Reading, Plaintiffs

Cindy Mason
Internal Revenue Service
210 N. 1950 West
Salt Lake City, UT 84134
Certified Mail No.    7006 0100 0004 3955 9522

Bob Carey, Territory Manager
Internal Revenue Service
210 N. 1950 West
Salt Lake City, UT 84134
Certified Mail No.    7006 0100 0004 3955 9515

Dated the 7th day of February, 2007

Signature: *Clare Louise Reading*
Clare L. Reading

James L. Reading and Clare L. Reading
c/o 2425 East Fox Street
Mesa, Arizona [85213]
(480) 964-0199

Plaintiffs, in Pro Se

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Clare L. Reading and James L. Reading,  )<br>  )<br>　　　　　Plaintiffs,　　)<br>　vs.　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>UNITED STATES a.k.a. UNITED STATES )<br>OF AMERICA, a Federal Corporation, ANN )<br>TAYLOR, PAUL CHASE, CINDY MASON )<br>and BOB CAREY,　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　Defendants.　　)  | Case No. 06-cv-01873-RMU<br><br>**AFFIDAVIT IN SUPPORT<br>OF VERIFIED MOTION FOR<br>ENTRY OF DEFAULT** |

　　　　Plaintiffs Clare L. Reading and James L. Reading (hereinafter referred to as "Affiants") have personal knowledge of the facts contained herein, and are competent to testify to the following facts:

　　　　1.　　That on November 1, 2006, Affiants filed their Verified Complaint this Court assigned Case Number 06-cv-01873-RMU as listed herein supra.

　　　　2. That Summonses were issued and properly served on UNITED STATES OF AMERICA, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY (see Docket Entry for November 1, 2006).

　　　　3. That on or about November 7, 2006, Affiants mailed a copy of the Summons issued to the **UNITED STATES OF AMERICA** and a copy of the Complaint by Certified Mail addressed to the **UNITED STATES OF AMERICA**, c/o U.S. Attorney's Office, Attn: Civil

Process Clerk, 555 4th Street, NW, Washington D.C. 20530; and mailed a copy said Summons and Complaint by Certified Mail addressed to the U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington D.C. 20530-0001.

4. That on or about November 7, 2006, Affiants mailed a copy of the Summons issued to **ANN TAYLOR and a copy of the** Complaint, by Certified Mail, addressed to **ANN TAYLOR,** 300 W. Congress St., MS5126, Tucson, AZ 85701and mailed a copy of said Summons and Complaint by Certified Mail addressed to the U.S. Attorney's Office, Attn: Civil Process Clerk, 555 4th Street, NW, Washington D.C., 20530 and addressed to the U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington D.C. 20530-0001.

5. That on or about November 7, 2006, Affiants mailed a copy of the Summons issued to **PAUL CHASE** and a copy of the Complaint by Certified Mail addressed to **PAUL CHASE,** 40 W. Baseline Road, Suite 211, Tempe, AZ 85283; and mailed a copy of said Summons and Complaint by Certified Mail addressed to U.S. Attorney's Office, Attn: Civil Process Clerk, 555 4th Street, NW, Washington D.C. 20530 and addressed to the U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington D.C. 20530-0001.

6. That on or about November 7, 2006, Affiants mailed a copy of the Summons issued to **CINDY MASON** and a copy of the Complaint by Certified Mail addressed to **CINDY MASON,** 40 W. Baseline Road, Suite 211, Tempe, AZ 85283 and mailed a copy of said Summons and Complaint by Certified Mail addressed to the U.S. Attorney's Office, Attn: Civil Process Clerk, 555 4th Street, NW, Washington D.C. 20530 and addressed to the U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington D.C. 20530-0001; and mailed a copy of said Summons and Complaint by Certified Mail to **CINDY MASON,** Internal Revenue Service, 210 N. 1950 West, Salt Lake City, UT 84134.

Affidavit in Support of Motion            - 2 -            Clare L. Reading and James L. Reading, Affiants

7. That on or about November 7, 2006, Affiants mailed a copy of the Summons issued to **BOB CAREY** and a copy of the Complaint by Certified Mail addressed to **BOB CAREY**, 40 W. Baseline Road, Suite 211, Tempe, AZ 85283 and mailed a copy of said Summons and Complaint by Certified Mail addressed to the **U.S. Attorney's Office**, Attn: Civil Process Clerk, 555 4th Street, NW, Washington D.C. 20530 and addressed to the **U.S. Attorney General**, U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington D.C. 20530-0001; and mailed a copy of said Summons and Complaint by Certified Mail addressed to **BOB CAREY**, Internal Revenue Service, 210 N. 1950 West, Salt Lake City, UT 84134.

8. That on or about November 13, 2006, the above named Defendants were served pursuant to Fed.R.Civ.P. Rule 4(i)(1) and 2(A) and received their copy of the Summonses and Verified Complaints, including U.S. Attorney Jeffrey A. Taylor and the U.S. Attorney General (see **Exhibit A**).

9. That the above named Defendants were to answer the pleadings on or before January 12, 2007; and more than 82 days have passed and the Defendants have all failed to plead or defend in any manner and are in default.

10. That the Court's entry of default against Defendants is proper in this action for good cause as follows:

    a. The complaint establishes a claim or right to relief by evidence satisfactory to the court; and

    b. The Defendants have failed to respond to the summons and verified complaint that were properly served pursuant to Fed.R.Civ.P. Rules 4(i)(1) and (2)(A).

## VERIFICATION

I/we, Clare L. Reading and James L. Reading, declare under penalty of perjury that the statements made in this affidavit are true and correct to the best of my/our knowledge and belief.

_Clare Louise Reading_
Clare L. Reading, Affiant

_James Leslie Reading_
James L. Reading, Affiant

## ACKNOWLEDGMENT

State of Arizona )
) Subscribed and Sworn.
County of Maricopa )

I certify on this 7th day of February 2007 that I know or have satisfactory evidence that Clare L. Reading and James L. Reading are the persons who appeared before me and acknowledged that they each signed this instrument and acknowledged it to be his and her free and voluntary act for the uses and purposes mentioned in the instrument.

Witness my hand and official seal:

OFFICIAL SEAL
DELLA GRAY WOELKERS
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Commission Expires December 31, 2009

Signature: _Della Gray Woelkers_
Signature of Notary

My commission expires: 12/31/2009