Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

READING et al

      Plaintiff(s)

V.

Civil Action No. 1:06-cv-01873-RMU

UNITED STATES et al

      Defendant(s)

RE: UNITED STATES

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 31, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 16th day of February, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By:    Jackie Francis
Deputy Clerk