IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE L. READING and ) | |
| JAMES L. READING ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No: 1:06-cv-01873-RMU |
| ) | |
| UNITED STATES, et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO VACATE ENTRY OF DEFAULT

DEFENDANTS move the Court to vacate the February 16, 2007 entry of default. As grounds for this motion, defendants submit that plaintiffs failed to properly serve the defendants and this Court lacks jurisdiction over plaintiffs' claim for damages for the alleged illegal seizure of their pickup truck, and for declaratory and injunctive relief. And plaintiffs have failed to state a claim to quiet title of the truck. A memorandum of points and authorities in support of this motion and a proposed order are also submitted.

DATE: February 22, 2007.               Respectfully submitted,

                                                                                     /s/ Pat S. Genis
                                                               PAT S. GENIS, #446244
                                                               Trial Attorney, Tax Division
                                                               U.S. Department of Justice
                                                               Post Office Box 227
                                                               Washington, DC  20044
                                                               Tel./FAX:  (202) 307-6390/614-6866
                                                               Email: pat.genis@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2257123.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE L. READING and<br>JAMES L. READING<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   No: 1:06-cv-01873-RMU<br>)<br>)<br>)<br>) |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION
TO VACATE ENTRY OF DEFAULT**

The Clerk entered a default against defendants on February 16, 2007, the same date that defendants filed their motion to dismiss. The default should be vacated because plaintiffs' failure to properly serve defendants deprives this Court of jurisdiction. In addition, plaintiffs' other claims lack merit. A full discussion of these issues is contained in defendants' motion to dismiss, which is incorporated in full

herein by reference. The entry of default should be vacated and defendants' motion to dismiss should be granted.

DATE: February 22, 2007.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /s/ Pat S. Genis
　　　　　　　　　　　　　　　　　　PAT S. GENIS, #446244
　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Post Office Box 227
　　　　　　　　　　　　　　　　　　Washington, DC  20044
　　　　　　　　　　　　　　　　　　Tel./FAX:  (202) 307-6390/614-6866
　　　　　　　　　　　　　　　　　　Email: pat.genis@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that defendants' MOTION TO VACATE ENTRY OF DEFAULT and proposed ORDER were served upon plaintiffs *pro se* on February 22, 2007 by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>Clare L. Reading
>James L. Reading
>*Plaintiffs pro se*
>2425 East Fox Street
>Mesa, AZ 85123

>/s/ Pat S. Genis
>PAT S. GENIS, #446244

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE L. READING and<br>JAMES L. READING<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  No: 1:06-cv-01873-RMU<br>)<br>)<br>)<br>) |

**O R D E R**

Having considered defendants' motion to vacate entry of default, together with the memorandum in support thereof, and having further considered plaintiffs' [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2007, at Washington, District of Columbia,

ORDERED that defendants' motion to vacate default is GRANTED;

ORDERED that plaintiffs' complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

2257117.1

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Clare L. Reading
James L. Reading
*Plaintiffs' pro se*
2425 East Fox Street
Mesa, AZ 85123

2257117.1