James L. Reading and Clare L. Reading
c/o 2425 East Fox Street
Mesa, Arizona [85213]
(480) 964-0199

Plaintiffs, in *Pro Se*

RECEIVED

FEB 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Clare L. Reading and James L. Reading,<br><br>      Plaintiffs,<br>vs.<br><br>UNITED STATES a.k.a. UNITED STATES OF AMERICA, a Federal Corporation, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY,<br><br>      Defendants. | Case No. 06-cv-01873-RMU<br><br>**APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

COMES NOW, Clare L. Reading and James L. Reading, Plaintiffs, by and on their own behalf, moving this Court for a Temporary Restraining Order to enjoin Defendants the UNITED STATES, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY from seizing Plaintiffs' personal property without the statutory required court order, for good cause.

Plaintiffs also move for an Order for Defendant to Show Cause why the Preliminary Injunction should not be granted.

This action for injunctive relief is necessary to restrain Defendants UNITED STATES, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY from injuring Plaintiffs any further by selling their personal property them causing great and irreparable harm.

I.

**Statement of Facts**

Plaintiffs' statements herein are true and correct not meant to mislead and presented as undisputed facts and evidenced on the administrative record to wit.

1. Plaintiffs, Clare L. Reading and James L. Reading are domiciled in the District of Arizona, United States of America.

2. Plaintiffs are the owners of the following described personal property: 2005 Nissan Titan Pick-up with shell top, VIN: 1N6AA06B75N511819.

3. On or about September 22, 2006 Defendant the UNITED STATES, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY issued a statutory non-judicial "Form 668-B Levy" and a "Form 2433-Notice of Seizure" resulting in the illegal seizure of personal property in possession and control Plaintiffs, having a Fair Market Value of approximately $21,000.00, referenced above (see **EXHIBIT "A"** attached and incorporated herein by reference).

4. The named Defendants are in possession and control of personal property illegally seized from Plaintiffs' pending sale more particularly described as follows:

> 2005 White Nissan Titan Pick-up truck; SE King Cab Short Bed; V8 5.6 Liter engine; Automatic transmission with optional 4x4 off road package and pickup shell/Cap; VIN: 1N6AA06B75N511819. Odometer reading 19,405 (approx) miles.

5. Plaintiffs are with evidence sufficient to establish and conclude that the Defendants do not have a procedurally valid statutory Notice of Federal Tax Lien for tax years 1993, 1994 and 1995, giving rise to a valid statutory Form 668-B - Levy and Form 2433 Notice of Seizure issued for purpose of *taking* personal property controlled by and previously possessed by Plaintiffs.

6. Defendants have violated and failed to comply with Defendants' specific procedural requirements enumerated in 26 U.S.C. §§ 6020(b), 6203, 6212, 6213, and 6335; the causes of action in the complaint filed herein.

7. That the 2005 Nissan Titan Pick-up with shell top, VIN: 1N6AA06B75N511819 once controlled by and in possession of Plaintiffs is presently in possession of the UNITED STATES Defendant and the employees named herein.

8. On November 1, 2006, Plaintiffs filed the complaint herein and Defendants were duly served with the Summons and Complaint on November 13 2006.

9. Notwithstanding the filing and service of this action, Defendants scheduled a Public Auction Sale to sell Plaintiffs' 2005 Nissan Titan Pick-up on Thursday November 9, 2006 at: Internal Revenue Service 210 E. Earll Drive, Phoenix, Arizona (see **Exhibit B**).

10. On November 7, 2007, Plaintiffs recorded a Notice of Lis Pendens and emailed the Lis Pendens to Steven Massel, the Property and Liquidation Specialist at Steven.R.Massel@irs.gov to inform him that the vehicle he was about to sell at the Public Auction on November 9, 2006 was the subject of this action (see **Exhibit "C"**).

11. At the Public Auction Sale on November 9, 2006, Steven Massel stated that the 2005 Nissan Titan Pick-up with shell top, VIN: 1N6AA06B75N511819 would not be sold because of the pending lawsuit and the vehicle will not be sold until the lawsuit is settled.

12. On February 9, 2007 Plaintiffs filed an Affidavit for Default and on February 16, 2007, the court clerk entered a Default against the Defendants for failure to plead or otherwise defend this action though duly served.

13. Plaintiffs' 2005 Nissan Titan Pick-up (currently in possession of Defendant the UNITED STATES and the employees named herein) is **scheduled to be sold at a Public Auction Sale on**

**Friday March 9, 2007 at 2:00 p.m.** at: Internal Revenue Service 210 E. Earll Drive, Phoenix, Arizona. Defendants are arrogantly seeking to pre-empt the Court's determination of the issues raised in the complaint (see **Exhibit "D"**).

14. Plaintiffs Clare L. Reading and James L. Reading, are seeking a Temporary Restraining Order against Defendants named herein as the only remedy in law to prevent Plaintiffs from suffering great a irreparable harm and injury if the Court allows Defendants to proceed with the sale of Plaintiffs' property by denying this Temporary Restraining Order.

15. Public interest will not be impaired by granting this Temporary Restraining Order.

16. Defendants' harm, if any, would be delayed sale of Plaintiffs' personal property.

17. That granting Plaintiffs Clare L. Reading and James L. Reading's move for a Temporary Restraining Order is the only just and proper remedy at law available to avoid irreparable injury to Plaintiffs.

## II.
### Points of Authority in Support

18. Plaintiffs Clare L. Reading and James L. Reading, move for protection by this Court in pursuant to Fed.R.Civ.P. 65(a) and (b) because Defendants UNITED STATES, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY are in violation of multiple constitutional, judicial and administratively-protected Rights that have and will continue to result in irreparable harm by Defendants as enumerated in the complaint.

> "The Supreme Court has said that the traditional standard for granting a preliminary injunction requires the plaintiff to show that in absence of its issuance, the plaintiff will suffer irreparable injury and also that the plaintiff is likely to prevail on the merits." *Doran v. Salem Inn, Inc.*, 422 U.S. 922, 931, 95 S. Ct. 2561, 45 L. Ed. 2d 648 (1975)

19. Plaintiffs, Clare L. Reading and James L. Reading, move for protection by the Court as the only remedy in law that will prevent the loss of personal property, which is the subject of this complaint.

> "If the court has jurisdiction to issue an injunction, it is binding on the party and those who are in "privity" with the party." *Regal Knitwear Co. v. NLRB*, 324 U.S. 9, 65 S. Ct. 478, 89 L. Ed. 661 (1945).

20. Accordingly, Plaintiffs believe that the Court's intervention is required to prevent Defendants from committing additional acts that will continue causing irreparable harm and injury to Plaintiffs.

> "If restraining order or an injunction is disobeyed, the court has the power to punish such disobedience by civil contempt, which is remedial in nature and designed to coerce obedience and to compensate the complainants for losses sustained . . ." *N.A. Sales Co., Inc v. Chapman Indus. Corp.*, 736 F.2d 854 (2d Cir. 19884).

**WHEREFORE**, Plaintiffs pray for relief as follows:

i. Grant the Temporary Restraining Order;

ii. Order Defendants, their agents, employees, assigns, to cease and desist the sale of Plaintiffs' 2005 Nissan Titan Pick-up with shell top, VIN: 1N6AA06B75N511819;

iii. Issue an Order to Show Cause why the Preliminary Injunction should not be granted;

iii. Any other remedy this Court deems just and proper.

Respectfully submitted.

I/we declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. All rights retained without recourse.

On this 22ND day of February, 2007

/s/ *Clare Louise Reading*
Clare L. Reading, Plaintiff

/s/ *James Leslie Reading*
James L. Reading, Plaintiff

James L. Reading and Clare L. Reading
c/o 2425 East Fox Street
Mesa, Arizona [85213]
(480) 964-0199

Plaintiffs, in *Pro Se*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Clare L. Reading and James L. Reading,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>UNITED STATES a.k.a. UNITED STATES OF AMERICA, a Federal Corporation, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY,<br><br>　　　　　　Defendants. | Case No. 06-cv-01873-RMU<br><br>**CERTIFICATE OF SERVICE OF APPLICATION FOR TEMPORARY RESTRAINING ORDER, PROPOSED ORDER AND ORDER TO SHOW CAUSE** |

I, Clare L. Reading, certify that on this 22nd day of February 2007, I mailed a true copy of the Application for Temporary Restraining Order with Exhibits, proposed Temporary Restraining Order, and Order to Show Cause by certified mail addressed to the following:

Pat S. Genis, Trial Attorney
US Dept. of Justice, Tax Division
Post Office Box 227
Ben Franklin Station
Washington, DC 20044

Certified Mail No.　7006 0100 0002 2115 8605

/s/: *Clare Louise Reading*
　　　　　　　　　　　Clare L. Reading

| Form **668-B (ICS)** (Rev. May 2003) | Department of the Treasury - Internal Revenue Service |
|---|---|
| | **Levy** |

| Due from: | Originating Internal Revenue Territory Office |
|---|---|
| **Sudder Group LLC, as nominee and/or alter ego of Clare Reading** **Superior Claims Mgt Darrell Hill EX** PO Box 40475 Mesa, AZ 85274-0475 | TERRITORY 10 – SALT LAKE CITY |
| Taxpayer Identification Number: **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** | |

| Kind of Tax | Tax Period Ended | Unpaid Balance Of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1993 | $33,830.75 | $32,971.84 | $66,802.59 |
| 1040 | 12/31/1994 | $69,787.21 | $1,418.67 | $71,205.88 |
| 1040 | 12/31/1995 | $34,658.14 | $ 940.53 | $35,598.67 |
| This levy reaches a 2005 Nissan Titan Pickup VIN# 1N6AA06B75N511819, AZ LICENSE# CD91432 | | | | |
| | | | **Total amount due** ⇒ | $173,607.14 |

The amounts shown above are now due, owing, and unpaid to the United States from the above taxpayer for Internal revenue taxes. Notice and demand have been made for payment. Chapter 64 of the Internal Revenue Code provides a lien for the above tax and statutory additions. Section 6331 of the Code authorizes collection of taxes by levy on all property or rights to property of a taxpayer, except property that is exempt under section 6334.

Therefore, under the provisions of Code section 6331, so much of the property or rights to property, either real or personal, as may be necessary to pay the unpaid balance of assessment shown, with additions provided by law, including fees, costs, and expenses of this levy, are levied on to pay the taxes and additions

Dated at Tucson, AZ 85701          09/22, 06
        (Place)                    (Date)

| Signature of Revenue Officer *Ann Taylor* | Telephone number 520-205-5019 | Date 09/22/06 |
|---|---|---|
| **Concurrence** | Printed name of Group Manager **Cindy Mason** | Signature /s/ Cindy Mason | Date 5/3/2006 |
| | Printed name of Territory Manager **Bob Carey** | Signature *BC* | Date 5/4/06 |
| | Printed name of Area Director, if required | Signature | Date |

CLARE READING _____ was asked to be present during inventory.
        (Printed name of taxpayer or taxpayer's representative)
The above named individual was present at inventory.   ☒ YES   ☐ NO        *Ann Taylor*
        *Clare Reading*                                                    (Signature of Revenue Officer)

Part 3
To be given to the taxpayer                    Catalog No. 36060H                    Form **668-B (ICS)** (Rev. 5-2003)

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 1 | 2 |

| Department of the Treasury<br>Internal Revenue Service<br>Form 2433 (Rev. Sept. 2001)  | **Notice of Seizure** | |
|---|---|---|
| | Name and Address: James & Clare Reading<br>2425 E Fox St<br>Mesa, AZ 85213 | |

Under the authority in section 6331 of the Internal Revenue Code, and by virtue of a levy from the Area Director of Internal Revenue of the area shown below, I have seized the property below for nonpayment of past due internal revenue taxes.

| Due from | Amount | Internal Revenue Area and Territory |
|---|---|---|
| CLARE READING<br>Nominee and/or Alter Ego of Sudden Grp LLC<br>Superior Claims Mgt Darrell Hill et<br>PO Box 40475; Mesa, AZ 85274-0475 | $ | |

**Description of property**

2005 Nissan Titan Pickup with Camper Top
VIN# 1N6AA06B75N521819
Color: White
AZ License Plate CD91432
odometer 319408 w/
Camper shell

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 2 | 2 |

| Signature of Revenue Officer making seizure<br>Ann Taylor | Address 300 W Congress St MS 5128<br>Tucson, AZ 85701 | Date 09/22/06 |
|---|---|---|
| Signature of accompanying employee<br>Paul Chase | Address 40 W Baseline Rd Ste 211<br>Tempe, AZ 85283 | Date 09/22/06 |

Part 1 — Taxpayer Copy    Cat. No. 21680C    www.irs.gov    Form 2433 (Rev. 9-2001)

Department of the Treasury - Internal Revenue Service



Notice of

# Public Auction Sale

Under the authority in Internal Revenue Code section 6331, the property described below has been seized for nonpayment of internal revenue taxes due from: Clare Reading.
The property will be sold at public auction as provided by Internal Revenue Code section 6335 and related regulations.

| | |
|---|---|
| **Date of Sale:** | Friday; 03/09/2006 |
| **Time of Sale:** | 10:00 am.    **Bidder Registration:** 9:00 am. |
| **Place of Sale:** | Valley Towing; 2617 N. 16th Street; Phoenix, AZ. |
| **Title Offered:** | Only the right, title, and interest of the Taxpayer in and to the property will be offered for sale. If requested, the Internal Revenue Service will furnish information about possible encumbrances, which may be useful in determining the value of the interest being sold. |
| **Description of Property:** | 2002 Ford Expedition XLT; 4 door wagon/sport utility vehicle; 5.4 liter V8 engine; VIN 1FMRU15L22LA51534. Odometer reading 19,424 miles (approximate). |
| **Property may be viewed:** | Sale location; one hour prior to sale at 2617 N. 16th Street; Phoenix, AZ. |
| **Payment Terms:** | [X] Full payment of the successful winning bid amount within one hour after the auction concludes. Prospective bidders must have 20% of their expected winning bid money at time of registration to bid on vehicle. Funds will be verified. See form of payment below. |
| **Form of Payment:** | All payments must be by cash, certified check, cashier's or treasurer's check or by a United States postal, bank, express, or telegraph money order. Make check or money order payable to the United States Treasury. Sorry, no credit cards, business checks, personal checks, or letters of credit accepted. |

| Signature S. Massel *[signature]* | Name and Title (Typed) Steven Massel Property Appraisal & Liquidation Specialist | Date 02/01/2007 |
|---|---|---|
| Address for information About the Sale 300 N Los Angeles St; MS:5850; Los Angeles, CA 90012 Steven.R.Massel@irs.gov | | Phone 213-220-5987 (mobile number) |

EXHIBIT B  1  1



Prepared by:
Clare L. Reading

Recording Requested by:
Clare L. and James L. Reading

When Recorded Mail to:
Clare L. and James L. Reading
c/o 2425 E. Fox Street
Mesa, Arizona [852133]



**OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
LAURA DEAN-LYTLE**

DATE/TIME: 11/07/06 1543
FEE:                $13.00
PAGES:                   3
FEE NUMBER:   2006-155245

## NOTICE OF LIS PENDENS

**TO WHOM IT MAY CONCERN:**

**PLEASE TAKE NOTICE:**

1. The white 2005 Nissan Titan, SE, 4X4, ¾ ton pick-up truck with shell, License No. CD19432, VIN: 1N6AA06B75N511819 is the subject of a lawsuit that was filed on November 1, 2006, in the United States District Court, District of Columbia, Case No. 1:06-CV-01873 "RMU," in re Clare L. Reading James L. Reading v. UNITED STATES *aka*, UNITED STATES OF AMERICA, a Federal Corporation, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY and assigned to the Honorable Judge Ricardo Urbina for determination.

2. Said lawsuit was filed under 28 USC § 2410, for unlawful seizure of Personal Property violating the Fourth Amendment, both the Just Compensation and Due Process Clauses of the Fifth Amendment and for Quiet Title. Said suit raises multiple issues that effect UNITED STATES OF AMERICA and all Defendant(s) therein.

3. The illegal sale of said white 2005 Nissan Titan, SE, 4X4, ¾ ton pick-up truck with shell, License No. CD19432, VIN: 1N6AA06B75N511819 is scheduled on Thursday,

1

| EXHIBIT | PAGE | of |
|---|---|---|
| C | 1 | 3 |

November 9, 2006, at a Public Auction at 2 p.m. at the Internal Revenue Service, 210 E Earll Drive, Phoenix, Arizona.

4. PLEASE TAKE NOTICE that anyone who purchases this white 2005 Nissan Titan, SE, 4X4, ¾ ton pick-up truck with shell, VIN: 1N6AA06B75N511819, License No. CD19432, will be enjoined in this suit as a party until the issues raised in said suit have been determined and litigated.

5. The first page of said complaint is attached and identified in the above styled causes of action and is in fact the *res* of the pleading attached so that there can be no mistake regarding what property is in question and whether that property is subject to the outcome of the attached pleadings.

I/We declare under penalty of perjury under the laws of the United States of America and of the state of Arizona that the foregoing is true and correct and that this document was executed this 7th day of November 2006, at Mesa, Arizona.

_____
Clare L. Reading, Affiant

_____
James L. Reading, Affiant

State of Arizona        )
                        ) Subscribed and Sworn
County of Maricopa      )

On this 7 day of November, 2006, **Clare L. Reading and James L. Reading** appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to within this instrument.

Witness my hand and official seal

_____
Signature of Notary Public

My Commission Expires: June 17, 2007

| EXHIBIT | PAGE | of |
|---------|------|-----|
| C | 2 | 3 |

2

OFFICIAL SEAL
MARTHA A. ACIERTO
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Commission Expires June 17, 2007

Case 1:06-cv-01873-RMU   Document 9-2   Filed 02/26/2007   Page 6 of 10
Case 1:06-cv-01873-RMU   Document 4   Filed 01/30/2007   Page 4 of 6
Case 1:06-cv-01873-RMU   Document 1   Filed 11/01/2006   Page 1 of 38

CASE NUMBER 1:06CV01873

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 11//2006

**FILED**

NOV - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Clare L. Reading and James L. Reading, 2925 E. B? STREET MESA, ARIZON 85213 Plaintiffs, | Case No. |
| vs. | VERIFIED COMPLAINT |
| UNITED STATES aka, UNITED STATES OF AMERICA, a Federal Corporation, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY | QUIET TITLE ACTION STEMMING FROM VIOLATIONS OF THE FIRST, FOURTH, FIFTH, SIXTH, NINTH, THIRTEENTH FOURTEENTH AND SIXTEENTH AMENDMENTS TO THE CONSTITUTION |
| Defendants. | |

COMES NOW Clare L. Reading and James L. Reading Plaintiffs, proceeding on their own behalf and with the assistance of Law, bringing this action alleging violations of federal rights due State Citizens (sentient beings) by federal officer(s) acting under color of federal law. Liken to President George W. Bush, the Defendants deprived Plaintiffs of rights, privileges and immunities secured under the Constitution for the United States of America, including but not limited to Amendments One, Four, Five, Six, Nine, Thirteen, Fourteen and Sixteen thereof. The following issues give rise to the Plaintiffs' complaint as proper before this Court in seeking such relief as commanded upon the exhaustion of the administrative remedies, and are not extraordinary. Plaintiffs are seeking actual and compensatory damages for the injuries to person and personal Labor Property caused by the Defendants for their reckless and willful acts.

COMPLAINT FOR QUIET TITLE   - 1 -   Clare L. Reading and James L. Reading, Plaintiffs

| EXHIBIT | PAGE | of |
|---|---|---|
| C | 3 | 3 |

# The Department of the Treasury
# Internal Revenue Service

FAQ| Search| IRS Auction Home| Treasury Home Page| Previous Page

### Notice of Public Auction Sale

Under the authority in Internal Revenue Code section 6331, the property described below has been seized for nonpayment of internal revenu due from Taxpayer. The property will be sold at public auction as provided by Internal Revenue Code section 6335 and related regulations.

| | |
|---|---|
| **Date:** | 3/9/2007 |
| **Time:** | 2:00 PM |
| **Bidder Registration Time:** | 1:00PM |
| **Sale Location:** | *Internal Revenue Service; 210 E. Earll Drive; Phoenix, AZ.* |
| **Title Offered:** | Only the right, title and interest of the Taxpayer in and to the property will be offered for sale. If requested, the Interr Revenue Service will furnish information about possible encumbrances, which may be useful in determining the value interest being sold. |
| **Description of Property:** | 2005 White Nissan Titan pickup truck; SE King Cab Short Bed; V8 5.6 Liter engine; Automatic transmission with optior off road package and pickup shell/Cap; VIN 1N6AA06B75N511819. Odometer reading 19,405 (approx) miles. |
| **Property May Be Inspected at:** | Sale location one hour prior to sale at 210 E. Earll Drive; Phoenix, AZ. |
| **Minimum Bid:** | $11,985.00 |

**Click here for Notice of Encumbrances**
This file will need Adobe Acrobat Reader. If your browser is not configured for pdf files the Adobe Acrobat Reader is free to download.

**Click here for Mail-in Bid Form**

**Click here for photos of property**

| | |
|---|---|
| **The Terms of Payment:** | Full payment of the successful winning bid amount in the form of a certified or cashier's check to be paid within one ho after the auction concludes. |
| **Form of Payment:** | All payments must be by cash, certified check, cashier's or treasurer's check or by a United States postal, bank, expre telegraph money order. Make check or money order payable to the United States Treasury. |

For county tax maps and GIS mapping information link to www.anycounty.state/maps (example)

**For additional information about the property and proposed sale, please contact the following office:**

| | |
|---|---|
| **Name:** | Steven Massel |
| **Title:** | Property Appraisal and Liquidation Specialist |
| **Bureau:** | Internal Revenue Service |
| **Address:** | 300 N. Los Angeles St, MS: 5850<br>Los Angeles, CA, 90012 |
| **Phone:** | 213-576-3590 |
| **Mobile:** | (213) 220-5987 |

| EXHIBIT | PAGE | of |
|---|---|---|
| D | 1 | 4 |

Email:     steven.r.masse●●s.gov

**Available images for this Item**


View of vehicle
**Top of the Page**


Rear view
**Top of the Page**

| EXHIBIT | PAGE | of |
|---|---|---|
| D | 2 | 4 |



Console
**Top of the Page**



Back seat area
**Top of the Page**

| EXHIBIT | PAGE | of |
|---------|------|----|
| D | 3 | 4 |



Engine
**Top of the Page**

**For additional information, please contact Steven Massel**

**Updated: 2/13/2007**

**FAQ| Search| IRS Auction Home| Treasury Home Page| Previous Page**

| EXHIBIT | PAGE | of |
|---|---|---|
| D | 4 | 4 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Clare L. Reading and James L. Reading, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 06-cv-01873-RMU |
| vs. | ) | |
| | ) | |
| UNITED STATES a.k.a. UNITED STATES OF AMERICA, a Federal Corporation, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY, | ) ) ) ) ) | ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION |
| | ) | |
| i)     Defendants. | ) | |

TO: UNITED STATES, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY

**YOU ARE ORDERED TO APPEAR** on _____, 2007, at ____ __. m. in Courtroom _____, located at U.S. District Court, 333 Constitution Avenue, NW Washington, D.C. 20001 to give reasons why the relief sought in the attached application for preliminary injunction should not be granted.

**THE COURT FURTHER ORDERS**:

1. Good cause appearing the request for temporary restraining orders is **GRANTED**.

2. Time for the service is shortened. The Service must be on or before _____, 2007.

3. Any response must be served on or before _____, 2007.

4. The Defendants are Ordered to comply with the temporary orders attached.

Dated:

_____
U.S. District Court Judge/Magistrate

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Clare L. Reading and James L. Reading, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 06-cv-01873-RMU |
| | ) | |
| UNITED STATES a.k.a. UNITED STATES OF AMERICA, a Federal Corporation, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY, | ) ) ) ) | **TEMPORARY RESTRAINING ORDER,** |
| | ) | |
| Defendants. | ) | |

Upon Plaintiffs' application for a temporary restraining order pending the hearing on the order to show cause and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' request for a temporary restraining order is **GRANTED**, pending the hearing on the order to show cause; and

2. Defendants UNITED STATES, ANN TAYLOR, PAUL CHASE, CINDY MASON and BOB CAREY, their agents, employees, and assigns shall cease and desist the sale of Plaintiffs' 2005 Nissan Titan Pick-up with shell top, VIN: 1N6AA06B75N511819, scheduled for Friday March 9, 2007 at 2:00 p.m. at: Internal Revenue Service, 210 E. Earll Drive, Phoenix, Arizona.

Dated:

_____
U. S. District Court Judge/Magistrate

1