## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| CLARE READING *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 06-1873  (RMU) |
| | : | | |
| v. | : | Document Nos.: | 12, 15, 17 |
| | : | | |
| UNITED STATES *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### DENYING THE PLAINTIFFS' MOTION FOR RECONSIDERATION; DENYING THE PLAINTIFFS' MOTION TO STRIKE; AND DENYING AS MOOT THE PLAINTIFFS' MOTION TO DISPOSE OF MOTIONS

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 13th day of September, 2007, it is hereby

**ORDERED** that the plaintiffs' motion for reconsideration is **DENIED**, and it is

**ORDERED** that the plaintiffs' motion to strike is **DENIED**; and it is

**FURTHER ORDERED** that the plaintiffs' motion to dispose of motions is **DENIED** as **MOOT**; it is

**SO ORDERED**.

                                                                          RICARDO M. URBINA
                                                                    United States District Judge